B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Caddo Design, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Spaceco<br>13100 East Albrook Drive<br>Denver, CO 80239 | Spaceco<br>13100 East Albrook Drive<br>Denver, CO 80239 | | | 168,000.00 |
| John Thayer Company<br>15802 SW Upper Boones Ferry Road<br>Lake Oswego, OR 97035 | John Thayer Company<br>15802 SW Upper Boones Ferry Road<br>Lake Oswego, OR 97035 | | | 79,000.00 |
| Reality Technology<br>2444 Washington<br>Suite 215<br>Denver, CO 80205 | Reality Technology<br>2444 Washington<br>Suite 215<br>Denver, CO 80205 | | | 45,000.00 |
| HON Company<br>P.O. Box 404422<br>Atlanta, GA 30384 | HON Company<br>P.O. Box 404422<br>Atlanta, GA 30384 | | | 39,000.00 |
| LC Industry<br>P.O. Box 601174<br>Charlotte, NC 28260 | LC Industry<br>P.O. Box 601174<br>Charlotte, NC 28260 | | | 16,000.00 |
| Corporate Graphics Commercial<br>1750 Northway Drive<br>North Mankato, MN 56003 | Corporate Graphics Commercial<br>1750 Northway Drive<br>North Mankato, MN 56003 | | | 6,738.00 |
| Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250 | Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250 | | | 6,000.00 |
| Triad Transfer<br>401 11th Avenue South<br>Hopkins, MN 55343 | Triad Transfer<br>401 11th Avenue South<br>Hopkins, MN 55343 | | | 4,500.00 |
| Humanscale<br>15815 Collections Center Drive<br>Chicago, IL 60693 | Humanscale<br>15815 Collections Center Drive<br>Chicago, IL 60693 | | | 4,500.00 |
| Lasership<br>P.O. Box 406420<br>Atlanta, GA 30384 | Lasership<br>P.O. Box 406420<br>Atlanta, GA 30384 | . | | 4,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Caddo Design, Inc.**   Case No.  _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Great American Financial Services Corp. P.O. Box 660831 Dallas, TX 75266 | Great American Financial Services Corp. P.O. Box 660831 Dallas, TX 75266 | | | 3,900.00 |
| John Thayer 15802 SW Upper Boones Ferry Road Lake Oswego, OR 97035 | John Thayer 15802 SW Upper Boones Ferry Road Lake Oswego, OR 97035 | | | 3,000.00 |
| ABVI Goodwill 422 South Clinton Avenue Rochester, NY 14620 | ABVI Goodwill 422 South Clinton Avenue Rochester, NY 14620 | | | 3,000.00 |
| VIA P.O. Box 749822 Los Angeles, CA 90074 | VIA P.O. Box 749822 Los Angeles, CA 90074 | | | 2,500.00 |
| Walters Publishing 1750 Northway Drive North Mankato, MN 56003 | Walters Publishing 1750 Northway Drive North Mankato, MN 56003 | | | 2,300.00 |
| Sentry Insurance P.O.Box 88314 Milwaukee, WI 53288 | Sentry Insurance P.O.Box 88314 Milwaukee, WI 53288 | | | 1,800.00 |
| American Hotel Registry P.O. Box 71299 Chicago, IL 60694 | American Hotel Registry P.O. Box 71299 Chicago, IL 60694 | | | 1,400.00 |
| Uline 2200 South Lakeside Drive Waukegan, IL 60085 | Uline 2200 South Lakeside Drive Waukegan, IL 60085 | | | 1,200.00 |
| Century Link P.O. Box 52187 Phoenix, AZ 85038 | Century Link P.O. Box 52187 Phoenix, AZ 85038 | | | 1,200.00 |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250 | Purchase Power P.O. Box 371874 Pittsburgh, PA 15250 | | | 1,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  _25 Sep 2014_         Signature  _/s/ Don Kelin_
                                        **Don Kelin**
                                        **President/CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.